**Patricia KLAIBER; Brenda Miller, Plaintiffs–Appellants,**

v.

**Nicholas RINALDI, individually, and in his official capacity with the United States Postal Service; B.J. Thompson, individually, and in his official capacity with the United States Postal Service; William J. Henderson, in his official capacity, Defendants–Appellees.**

**No. 01–1950.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 18, 2001.

Decided Jan. 11, 2002.

Patricia Klaiber, Brenda Miller, Appellants Pro Se. David George Karro, United States Postal Service, Washington, D.C., for Appellees.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Patricia Klaiber and Brenda Miller appeal the district court's order granting summary judgment to Appellees on all of their employment discrimination claims. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Klaiber v. Rinaldi,* No. CA–99–541–1 (M.D.N.C. June 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.